**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CARLOS ANTONIO JORGES MENDEZ,

      Petitioner,

v.

                                                Case No. 1:26-cv-01448-MIS-DLM

TODD M. LYONS; Acting Director of
Immigration and Customs Enforcement; and
WARDEN, Otero County Detention Center,

      Respondents.

**<u>ORDER TO SHOW CAUSE AND ENJOINING TRANSFER</u>**

This matter is before the Court on the Petition for Writ of Habeas ("Petition"), filed by Carlos Antonio Jorges Mendez on May 6, 2026. ECF No. 1. Petitioner is an immigration detainee at the Otero County Detention Center. <u>Id.</u> ¶ 3. Petitioner is a seventy-one-year-old citizen of Cuba who entered the United States without inspection in November, 1984. <u>Id.</u> ¶¶ 25, 26. Petitioner was sentenced to federal detention in 2010 for drug-related offenses and placed in immigration removal proceedings. <u>Id.</u> ¶¶ 27, 28. On or about May 26, 2016, Petitioner received a final order of removal. <u>Id.</u> ¶ 29. On or about October 20, 2016, Petitioner completed his prison sentence and was placed under an Order of Supervision by ICE. <u>Id.</u> ¶ 30. Petitioner then resided freely within the United States for nearly ten years, complying with all immigration requirements and working as a UPS driver before retiring and becoming a caretaker for his adult daughter, who has stage four cancer, and her children. <u>Id.</u> ¶ 31. Petitioner was detained one or about November 3, 2025, while attending a regularly scheduled appointment with ICE. <u>Id.</u> ¶ 32.

Petitioner seeks a declaration that his detention violates his Fifth Amendment rights. <u>Id.</u> at

13. As a remedy Petitioner seeks an order for immediate release. Id. Petitioner also asks the Court the issue an order to show cause. Id.

Having reviewed the record, the Petition may raise a colorable claim for relief. The Clerk's Office served Respondents with the Petition and added them as notice-recipients via CM/ECF, pursuant to this District's Standing Order Regarding Service of Process in Immigration Habeas Petitions filed Pursuant to 28 U.S.C. § 2241, Case 1:26-mc-00004, ECF No. 2 (D.N.M. Jan. 28, 2026). ECF No. 2.

Within ten (10) business days of entry of this Order, the United States Attorney's Office ("USAO") shall respond to the Petition and show cause why the requested relief should not be granted. The USAO's answer MUST specify whether the Court has already ruled on the legal issue(s) in this case and, if so, whether the facts are distinguishable from prior rulings. See, e.g., Lopez-Romero v. Lyons, Case No. 2:25-cv-0113-MIS-JHR, 2026 WL 92873 (D.N.M. Jan. 13, 2026) (finding that 8 U.S.C. § 1226(a) governed the petitioner's detention and that his continued detention violated his Fifth Amendment due process rights). Khan v. Sec'y of Dep't of Homeland Sec., Case No. 2:26-cv-00315-MIS-GJF, 2026 WL 776190 (D.N.M. Mar. 19, 2026) (granting habeas relief to petitioner where the presumptively reasonable six-month-period of confinement had expired and the respondents failed to rebut the petitioner's showing that there was good reason to believe that there was no significant likelihood of removal in the reasonably foreseeable future). **If the federal Respondents fail to timely comply with this Order, the Court may grant the relief requested in the Petition without further notice.**

If Petitioner wishes to file a reply brief, he may do so within **ten (10) days** after Respondents' response is filed.

**IT IS FURTHER ORDERED** that to preserve the status quo in the interim, Respondents are **ENJOINED** from transferring Petitioner to any facility outside the District of New Mexico

2

and/or from removing him from the United States during the pendency of this habeas action, absent a final order of removal.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE